IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLIANCE OF THE SOUTHEAST and FRIENDS OF THE PARKS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 23-1524 Honorable Thomas M. Durkin |
| UNITED STATES ARMY CORPS OF ENGINEERS et al., | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Alliance for the Southeast and Friends of the Parks hereby move for summary judgment against the Defendants U.S. Army Corps of Engineers, et al., pursuant to Federal Rule of Civil Procedure 56 and this Court's summary judgment procedures. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs' Memorandum of Law in Support of their Motion for Summary Judgment and an accompanying Appendix were filed with the Court on December 12, 2023. The Appendix includes the declarations of Plaintiffs' members and standing witnesses, and a few Illinois state documents for the convenience of the Court.

2. The Administrative Record was filed with the Court on July 28, 2023. Doc. 18.

3. Plaintiffs' Motion for Summary Judgment raises issues of law, and is supported by Plaintiffs' Memorandum and the information in the Administrative Record and Appendix. No material facts are in dispute.

1

4.  Plaintiffs are entitled to summary judgment on their claims that: (a) Defendant U.S. Army Corps of Engineers ("Corps") has not received the required approvals to proceed with construction of its planned dredged material disposal facility ("DMDF") on submerged Lake Michigan lakebed on the Southeast Side of Chicago shoreline pursuant to the Water Resources Development Act, 33 U.S.C. § 2326a(c), and the Illinois public trust doctrine; (b) Defendant Corps violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 et seq, and associated regulations, in approving its Record of Decision for its final Environmental Impact Statement ("EIS"); (c) Defendant Corps violated Section 404 of the Clean Water Act, 33 U.S.C. § 1344 and associated regulations; and (d) Defendant Corps violated the Administrative Procedure Act ("APA"), 5 U.S.C. § 706.

WHEREFORE, for the foregoing reasons, and supported by Plaintiffs' Memorandum of Law in Support of their Motion for Summary Judgment, Plaintiffs' respectfully request that this Court issue an Order granting the following relief:

1.  Grant summary judgment in favor of the Plaintiffs on all counts in their Complaint filed in this Court on March 13, 2023 in the above-captioned case. Doc. 1.

2.  Declare that the Defendant Corps' Record of Decision approving and making a finding of adequacy of the final EIS for the DMDF violated NEPA in multiple ways and, therefore, was "arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law" under the APA.

3.  Declare that the Defendant Corps' plan to construct and operate the DMDF is "not in accordance with law" and "in excess of statutory jurisdiction, authority, or limitations" because its non-Federal sponsors do not have legal authority to grant "all necessary lands,

easements, relocations, and rights-of-way associated with" the facility, and would violate the Illinois public trust doctrine.

    4.    Vacate the Defendant Corps' Record of Decision finding the final EIS to be adequate.

    5.    Vacate the Defendant Corps' Record of Decision and EIS.

    6.    Enjoin the Defendant Corps from proceeding with carrying out its Dredged Material Management Plan and from proceeding in any way with construction or so-called "pre-construction" activities for its proposed DMDF at the lakefront site to the north of Calumet Park on or around where the Corps' current combined disposal facility ("CDF") is located.

    7.    Award Plaintiffs' their attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, under the Clean Water Act, 33 U.S.C. § 1365(d), and under other applicable laws.

    8.    Grant such further relief as may be just, equitable and appropriate.

December 12, 2023

Respectfully submitted,

*Howard Learner*

HOWARD A. LEARNER
DANIEL ABRAMS
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 673-6500
hlearner@elpc.org
dabrams@elpc.org

Attorneys for Plaintiffs Alliance of the Southeast and Friends of the Parks