# ENVIRONMENTAL LAW & POLICY CENTER
### Protecting the Midwest's Environment and Natural Heritage

January 30, 2024

The Honorable Judge Thomas M. Durkin
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street, Room 1441
Chicago, IL 60604

**RE:** *Alliance of the Southeast, Friends of the Parks v. U.S. Army Corps of Engineers,* **Case No. 1:23 cv 01524**

Dear Judge Durkin:

Plaintiffs Alliance of the Southeast and Friends of the Parks bring to the Court's attention the attached letter from the Defendant U.S. Army Corps of Engineers to the Illinois Environmental Protection Agency. In that letter, dated January 24, 2024, the Army Corps states that, in response to "outstanding concerns" from the Illinois EPA, the Army Corps has "respectfully withdrawn" its application for water quality certification pursuant to Section 401 of the Clean Water Act.

As Defendants' counsel represented to the Court at the April 25, 2023 status hearing, the Army Corps will not begin on-site construction activities before receiving the necessary water permits from the Illinois EPA. *See, e.g.*, Doc. 17 at 10,16, 21, 23, 25, 28. Plaintiffs agree that the Army Corps cannot proceed unless and until it receives the required state water permits.

Plaintiffs have informed counsel for the Defendants that we are filing this document with the court.

> Respectfully submitted,
> /s/ Daniel Abrams
> HOWARD A. LEARNER
> DANIEL ABRAMS
> Environmental Law & Policy Center
> 35 East Wacker Drive, Suite 1600
> Chicago, IL 60601
> (312) 673-6500
> hlearner@elpc.org
> dabrams@elpc.org
> *Attorneys for Plaintiffs*
> *Alliance of the Southeast and*
> *Friends of the Parks*

cc: Counsel for Defendants, Zoe Palenik & Esosa Aimufua

35 East Wacker Drive, Suite 1600 • Chicago, Illinois 60601
(312) 673-6500 • www.ELPC.org
Harry Drucker, Chairperson • Howard A. Learner, Executive Director
Chicago, IL • Columbus, OH • Des Moines, IA • Grand Rapids, MI • Indianapolis, IN
Minneapolis, MN • Madison, WI • North Dakota • South Dakota • Washington, D.C.






**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, CHICAGO DISTRICT
231 SOUTH LASALLE STREET SUITE 1500
CHICAGO, IL 60604

January 24, 2024

Mr. Darin E. LeCrone, P.E.
Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

Dear Mr. LeCrone:

In a letter dated April 6, 2023 (Review Letter Log #C-0254-22), your agency responded to a March 1, 2023, Chicago District request for certification pursuant to Section 401 of the Clean Water Act (CWA) for the Chicago Area Waterway System (CAWS) (Calumet) Dredged Material Disposal Facility (DMDF) in Cook County. The IEPA review requested additional information or clarification on several items. The Chicago District replied on July 17, 2023, and met with your agency on December 13, 2023, in Springfield to discuss the outstanding concerns.

The Chicago District has determined additional time is needed to address the remaining IEPA concerns. The request for water quality certification for the above-mentioned project is respectfully withdrawn. We look forward to working with your agency on this matter in the future. The Calumet DMDF is vital to ensuring the nation's navigation mission continues reliably and safely between the Great Lakes and inland waterways. The Chicago District is committed to ensuring that the facility and channel maintenance efforts remain environmentally acceptable and do not cause adverse impacts to human health or the environment.

If you have questions regarding this letter, please address them to Dr. Richard Saichek, Chief, Environmental Engineering Section, at 312-846-5507, or by e-mail to richard.e.saichek@usace.army.mil.

Sincerely,

Kenneth P. Rockwell
Colonel, U.S. Army
Commanding