# EXHIBIT 1



# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 NORTH GRAND AVENUE EAST, P.O. BOX 19276, SPRINGFIELD, ILLINOIS 62794-9276 · (217) 782-3397

**JB PRITZKER**, GOVERNOR                                      **JOHN J. KIM**, DIRECTOR

217/782-3362

APR 25 2023

U.S. Army Corps of Engineers, Chicago District
Linda M. Sorn, Chief E&C Division
231 South LaSalle Street, Suite 1500
Chicago, IL 60604

Subject:  U.S. Army Corps of Engineers, Chicago District (Cook County)
Dredged Material Disposal Facility (DMDF), Calumet Harbor Vertical Expansion
Notice Concerning NPDES ID: ILR10ZCQI Coverage Request and Individual Permit Requirement

Dear Ms. Sorn:

The Illinois EPA (Agency) received your Notice of Intent (NOI) for coverage under the General Permit to Discharge Storm Water Associated with Construction Site Activities for the subject activity on March 27, 2023. Pursuant to Part VI, Item N of Permit No. ILR10 issued August 3, 2018, the Agency is providing notification that coverage under the general permit ILR10 will not be granted and an application for coverage under an individual permit is necessary. Due to the size and nature of the project, as well as the facility's proximity to Lake Michigan, the Agency has determined that the general Permit ILR10 is inappropriate for the proposed activity.

An application for individual NPDES may be initiated by submitting a completed NPDES Form 1, which may be found at https://www.epa.gov/sites/default/files/2019-05/documents/form_1_epa_form_3510-1.pdf, as well as a copy of the Stormwater Pollution Prevention Plan SWPPP to the following address:

Illinois Environmental Protection Agency
Division of Water Pollution Control, Mail Code #15
Attention: Permit Section
1021 North Grand Avenue East
Post Office Box 19276
Springfield, Illinois 62794-9276

Should you have any questions or comments regarding the content of this letter, please contact Darren Gove at 217/782-3362.

Sincerely,

Darin E. LeCrone, P.E.
Manager, Permit Section
Division of Water Pollution Control

cc:   Records Unit

2125 S. First Street, Champaign, IL 61820 (217) 278-5800
1101 Eastport Plaza Dr., Suite 100, Collinsville, IL 62234 (618) 346-5120
9511 Harrison Street, Des Plaines, IL 60016 (847) 294-4000
595 S. State Street, Elgin, IL 60123 (847) 608-3131

2309 W. Main Street, Suite 116, Marion, IL 62959 (618) 993-7200
412 SW Washington Street, Suite D, Peoria, IL 61602 (309) 671-3022
4302 N. Main Street, Rockford, IL 61103 (815) 987-7760

**PLEASE PRINT ON RECYCLED PAPER**
App. 126